| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Brian L. Davidoff (SBN 102654)<br>Lori L. Werderitch (SBN 247345)<br>GREENBERG GLUSKER FIELDS CLAMAN<br>  & MACHTINGER LLP<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, CA 90067-4590<br>Tel:  (310) 553-3610<br>Fax: (310) 553-0687<br>bdavidoff@greenbergglusker.com<br>lwerderitch@greenbergglusker.com<br><br>☐ *Debtor(s) appearing without attorney*<br>X *Attorney for*: Howard Grobstein as Liquidating Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 22 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** tatum      **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br>L. SCOTT APPAREL, INC.<br><br>Debtor(s) | CASE NO.: 2:13-bk-26021-RK<br>CHAPTER: 11<br>ADVERSARY NO: 2:15-ap-01122-RK |
| HOWARD GROBSTEIN as Liquidating Trustee of L. Scott Apparel, Inc.<br><br>Plaintiff(s)<br>vs.<br>LOWELL S. SHARRON, an individual; BEYOND BASICS LLC dba DAILY THREADS, a California limited liability company; DOES 1-10, inclusive,<br>Defendant(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: March 15, 2016<br>TIME: 1:30 p.m.<br>COURTROOM: 1675<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above:

2. Parties and counsel were present as reflected in the court record:

3. This matter is disposed of as follows:

   a. ☐ Continued to the following date for a further status conference:    *(date)*        *(time)*

   b. ☐ A status report must be filed and served, including a judge's copy, by *(date)*:

   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

   d. ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: Notice as required per Local Rules and FRBP

   e. ☒ The last date for pre-trial motions to be heard is *(date)*: August 18, 2016

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                        Page 1                    **F 7016-1.2.ORDER.STATUS.CONF**

32936-00002/2553117.1

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: Fact Discovery Cutoff extended to April 30, 2016 for purposes of Howard Grobstein deposition and continued deposition of Zulfiqar Kabani, and pursuant to subsequent agreement of counsel, Edwina Von Bjorn and Carmelita Trinidad depositions only; Expert Reports to be exchanged March 30, 2016; Expert Rebuttal Reports to be Exchanged by April 13, 2016; Expert Depositions to be completed no later than April 27, 2016.  All prior discovery orders remain in effect other than as modified herein.

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* May 24, 2016 *(time)* _____

☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* May 31, 2016  *(time)* 2:00 p.m.

☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*:

j. ☒ A trial is set for *(date)* August 18, 19, 25 and 26, 2016  *(time)* 9:00 a.m.

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. X Other *(specify)*:    Counsel to adhere to all of the Honorable Robert N. Kwan's trial procedures.

###

Date: March 22, 2016

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*     Page 2     F 7016-1.2.ORDER.STATUS.CONF

32936-00002/2553117.1