**AT-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Brian L. Davidoff (SBN 102654)<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4590<br>TELEPHONE NO.: 310.553.3610    FAX NO. *(Optional)*: 310.553.0687<br>E-MAIL ADDRESS *(Optional)*: bdavidoff@ggfirm.com / lwerderitch@ggfirm.com<br>ATTORNEY FOR *(Name)*: Howard Grobstein as Liquidating Trustee of L. Scott Apparel | |

**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple St. - Roybal Federal Building
MAILING ADDRESS: 255 E. Temple St. - Roybal Federal Building
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Los Angeles Division

PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.

DEFENDANT: Lowell S. Sharron, et al.

☒ **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING (NOT FOR PUBLICATION)**
☐ **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING**

**FILED & ENTERED**

**AUG 08 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell    DEPUTY CLERK

**CHANGES MADE BY COURT**

CASE NUMBER:
2:13-bk-26021-RK
Chapter 11
Adv. No. 2:15-ap-01122-RK
Date:   July 14, 2016
Time:   1:30 p.m.
Place:  Courtroom 1675

---

1. a. The application of plaintiff *(name)*: Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc. Bankruptcy Liquidating Trust
    for ☒ a right to attach order and order for issuance of writ of attachment
        ☐ an order for issuance of additional writ of attachment
    against the property of defendant *(name)*: Beyond Basics LLC dba Daily Threads
    came on for hearing as follows:
    (1) Judge *(name)*: Honorable Robert N. Kwan
    (2) Hearing date: July 14, 2016    Time: 1:30 p.m.    ☐ Dept.:    ☐ Div.:    ☒ Rm.: 1675
  b. The following persons were present at the hearing:
    (1) ☐ Plaintiff *(name)*:                        (3) ☒ Plaintiff's attorney *(name)*: Brian L. Davidoff
    (2) ☐ Defendant *(name)*:                    (4) ☒ Defendant's attorney *(name)*: Lloyd Mann

**FINDINGS**

2. THE COURT FINDS
    a. Defendant *(specify name)*: Beyond Basics LLC dba Daily Threads   is a   ☐ natural person   ☐ partnership
       ☐ unincorporated association   ☐ corporation   ☒ other *(specify)*: a California limited liability company
    b. The claim upon which the application is based is one upon which an attachment may be issued.
    c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
    d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
    e. The amount to be secured by the attachment is greater than zero.
    f. ☐ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
    g. ☐ The following property of defendant, described in plaintiffs application
        (1) ☐ is exempt from attachment *(specify)*:

        (2) ☐ is not exempt from attachment *(specify)*:

    h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
        (1) ☐ is exempt from attachment *(specify)*:

        (2) ☐ is not exempt from attachment *(specify)*:
    i. ☒ An undertaking in the amount of: $10,000.00              is required before a writ shall issue, and plaintiff
         ☐ has   ☒ has not   filed an undertaking in that amount.
    j. A Right to Attach Order was issued on *(date)*:                                    pursuant to
        ☒ Code of Civil Procedure section 484.090 (on hearing)   ☐ Code of Civil Procedure section 485.220 (ex parte)
    k. ☐ other *(specify)*:

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-120 [Rev. July 1, 2010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

Code of Civil Proc., §§ 482.030, 484.090;
Welfare & Institutions Code, § 15657.01
www.courtinfo.ca.gov

| | |
|---|---|
| SHORT TITLE:<br>Howard Grobstein as Liquidating Trustee v. Lowell Sharron et al. | CASE NUMBER:<br>2:13-bk-26021-RK<br>Adv. No. 2:15-ap-01122-RK |

AT-120

**ORDER**

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of defendant *(name)*: Beyond Basics LLC dba Daily Threads
      in the amount of: $ 502,008.46, plus prejudgment interest at the rate of 10% per annum from <u>06/19/2013</u>.
   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue ☒ a writ of attachment ☐ an additional writ of attachment   in the amount stated in item 3a
      ☐ forthwith ☒ upon the filing of an undertaking in the amount of: $10,000.00
      (1) ☒ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (2) ☐ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil
             Procedure section 487.010 described as follows *(specify):*

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale
             of such property, described as follows *(specify):*

      (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license
             number is *(specify):*
   d. ☐ Defendant shall transfer to the levying officer possession of
      (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession *(specify)*

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST
   AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☒ Other *(specify):* See additional findings and rulings in separate statement of decision.
   f. Total number of boxes checked in item 3:     4

###

Date: August 8, 2016

_____
Robert Kwan
United States Bankruptcy Judge

AT-120 [Rev. July 1, 2010]   **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR
ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**   Page 2 of 2

C:\Users\sharper\Desktop\L.. Sharron Filing\RTAO re Writ of Attachment --Beyond_Basic.DOC

American LegalNet, Inc.
www.FormsWorkFlow.com