AT-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Brian L. Davidoff (SBN 102654) /
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

TELEPHONE NO.: 310.553.3610     FAX NO. *(Optional):* 310.553.0687
E-MAIL ADDRESS *(Optional):* bdavidoff@ggfirm.com / lwerderitch@ggfirm.com
ATTORNEY FOR *(Name):* Howard Grobstein as Liquidating Trustee of L. Scott Apparel

**FILED & ENTERED**

**AUG 08 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS: 255 E. Temple St. - Roybal Federal Building
MAILING ADDRESS: 255 E. Temple St. - Roybal Federal Building
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Los Angeles Division

PLAINTIFF:   Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.

DEFENDANT:  Lowell S. Sharron, et al.

☒   **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING (NOT FOR PUBLICATION)**
☐   **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING**

CASE NUMBER:
2:13-bk-26021-RK
Chapter 11
Adv. No. 2:15-ap-01122-RK
Date:   July 14, 2016
Time:  1:30 p.m.
Place:  Courtroom 1675

---

1. a. The application of plaintiff *(name):* Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc. Bankruptcy Liquidating Trust
  for ☒ a right to attach order and order for issuance of writ of attachment
  ☐ an order for issuance of additional writ of attachment
  against the property of defendant *(name):* Lowell S. Sharron
  came on for hearing as follows:
  (1) Judge *(name):* Honorable Robert N. Kwan
  (2) Hearing date: July 14, 2016     Time: 1:30 p.m.    ☐ Dept.:    ☐ Div.:    ☒ Rm.: 1675
  b. The following persons were present at the hearing:
  (1) ☐ Plaintiff *(name):*     (3) ☒ Plaintiff's attorney *(name):* Brian L. Davidoff
  (2) ☐ Defendant *(name):*     (4) ☒ Defendant's attorney *(name):* Lloyd Mann

**FINDINGS**

2. THE COURT FINDS
  a. Defendant *(specify name):* Lowell S. Sharron     is a  ☒ natural person     ☐ partnership
     ☐ unincorporated association     ☐ corporation     ☐ other *(specify):*
  b. The claim upon which the application is based is one upon which an attachment may be issued.
  c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
  d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
  e. The amount to be secured by the attachment is greater than zero.
  f. ☐ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
  g. ☐ The following property of defendant, described in plaintiffs application
    (1) ☐ is exempt from attachment *(specify):*

    (2) ☐ is not exempt from attachment *(specify):*

  h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
    (1) ☐ is exempt from attachment *(specify):*

    (2) ☐ is not exempt from attachment *(specify):*
  i. ☒ An undertaking in the amount of: $10,000.00     is required before a writ shall issue, and plaintiff
     ☐ has  ☒ has not    filed an undertaking in that amount.
  j. A Right to Attach Order was issued on *(date):*     pursuant to
     ☒ Code of Civil Procedure section 484.090 (on hearing)    ☐ Code of Civil Procedure section 485.220 (ex parte)
  k. ☐ other *(specify):*

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER**<br>**FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01<br>*www.courtinfo.ca.gov* |
|---|---|---|

32936-00002/2648181.1

AT-120

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Howard Grobstein as Liquidating Trustee v. Lowell Sharron et al. | 2:13-bk-26021-RK<br>Adv. No. 2:15-ap-01122-RK |

## ORDER

3. THE COURT ORDERS

a. Plaintiff has a right to attach property of defendant *(name):* Lowell S. Sharron
in the amount of: $112,194.53, plus prejudgment interest at the rate of 10% per annum from 06/19/2013.

b. ☐   The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

c. The clerk shall issue   ☒   a writ of attachment   ☐   an additional writ of attachment   in the amount stated in item 3a
☐   forthwith   ☒   upon the filing of an undertaking in the amount of: $ 10,000.00

(1) ☐   for any property of a defendant who is **not** a natural person for which a method of levy is provided.

(2) ☒   for the property of a defendant who is a natural person that is subject to attachment under Code of Civil
Procedure section 487.010 described as follows *(specify):*

(1)  Interests in real property except leasehold estates with unexpired terms of less than one year,
including the real property located at 1075 Ravoli Dr., Pacific Palisades, CA 90272;

(2)  Accounts receivable, chattel paper, and general intangibles arising out of the conduct by defendant
of a trade, business, or profession, except any such individual claim with a principal balance of less
than one hundred fifty dollars ($150);

(3)  Equipment;

(4)  Final money judgments arising out of the conduct by the defendant of a trade, business or
profession;

(5)  Money on the premises where a trade, business, or profession is conducted by the defendant and,
except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and
deposit accounts, but, if the defendant has more than one deposit account or has at least one deposit
account and money located elsewhere than on the premises where a trade, business, or profession is
conducted by the defendant, the court, upon application of the plaintiff, may order that the writ of
attachment be levied so that an aggregate amount of one thousand dollars ($1,000) in the form of such
money and in such accounts remains free of levy;

(6)  Negotiable documents of title;

(7)  Instruments, including but not limited to stock, membership or ownership interest in any entity; and

(8) Securities, including but not limited to stock, membership or ownership interest in any entity.

(3) ☐   for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale
of such property, described as follows *(specify):*

(4) ☐   for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license
number is *(specify):*

d. ☐   Defendant shall transfer to the levying officer possession of

(1) ☐   any documentary evidence in defendant's possession of title to any property described in item 3c;

(2) ☐   any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;

(3) ☐   the following property in defendant's possession *(specify)*

---

**NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST
AND PUNISHMENT FOR CONTEMPT OF COURT.**

---

e. ☒   Other *(specify):* See additional findings and rulings in separate statement of decision.

f. Total number of boxes checked in item 3:   4

Date: August 8, 2016

_____
Robert Kwan
United States Bankruptcy Judge

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR
ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

American LegalNet, Inc.
www.FormsWorkFlow.com

32936-00002/2648181.1