# American Contractors Indemnity Company

THE UNITED STATES BANKRUPTCY COURT, For the Central DISTRICT OF California

FILED
SEP 0 8 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re:

L. SCOTT APPAREL, INC.,

Debtor.

No. 6:13-bk-23205-WJ

HOWARD GROBSTEIN as Liquidating Trustee of L. Scott Apparel, Inc., Plaintiff,

v.

LOWELL S. SHARRON, an individual; et al. Defendants.

Adv. No. 2:15-ap-01122-RK
UNDERTAKING FOR

Writ of Attachment

WHEREAS, the above named Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc., Bankruptcy Liquidating Trust desire(s) to give undertaking for Writ of Attachment as provided by this Court's Order dated 8 August 2016 and pursuant to C.C.P. 489.210.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to Beyond Basics LLC dba Daily Threads under said court ordered obligations in the sum of Ten Thousand and 00/100 Dollars ($ 10,000.00 ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this 24th day of August 2016.

BOND NO. 1001065672

PREMIUM: 200.00

BY: _____
Justin Buenaventura    Attorney-in-fact

American Contractors Indemnity Company
601 S. Figueroa Street, Suite 1600
Los Angeles, CA 90017
310-649-0990

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__ }

On __8·24·16__ before me, __C. Scarnici - Notary Public__
        Date                        Here Insert Name and Title of the Officer

personally appeared __Austin Buenaventura__
                            Name(s) of Signer(s)

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
           Signature of Notary Public

**Notary seal:**
C. SCARNICI
Commission # 2029072
Notary Public - California
Los Angeles County
My Comm. Expires Jun 15, 2017

Place Notary Seal Above

———————— OPTIONAL ————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Jennifer Wayne, Kevin J. Phillips, Alfonso Lujan, Will Mingram, Jeff Aase, Sylvia Diane Caneva, John D. Strong, Oscar Zachary Gallegos or Justin Buenaventura of Los Angeles, California**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** \*\*\*\*\*Three Million\*\*\*\*\* **Dollars ($ \*\*3,000,000.00\*\* ).** This Power of Attorney shall expire without further action on December 20, 2017. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 3rd day of August, 2016.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

Corporate Seals

   

By: _____
Daniel P. Aguilar, Vice President

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles   SS:

On this 3rd day of August, 2016, before me, Maria G. Rodriguez-Wong, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

> MARIA G. RODRIGUEZ-WONG
> Commission # 2049771
> Notary Public - California
> Los Angeles County
> My Comm. Expires Dec 20, 2017

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 24th day of August, 2016.

Corporate Seals

Bond No. 1001065672
Agency No. 2505

_____
Kio Lo, Assistant Secretary

AT-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Brian L. Davidoff (SBN 102654)<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4590<br>TELEPHONE NO.: 310.553.3610   FAX NO. *(Optional)*: 310.553.0687<br>E-MAIL ADDRESS *(Optional)*: bdavidoff@ggfirm.com / lwerderitch@ggfirm.com<br>ATTORNEY FOR *(Name)*: Howard Grobstein as Liquidating Trustee of L. Scott Apparel | |
| UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 E. Temple St. - Roybal Federal Building<br>MAILING ADDRESS: 255 E. Temple St. - Roybal Federal Building<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Los Angeles Division | **FILED & ENTERED**<br><br>**AUG 08 2016**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell DEPUTY CLERK |
| PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.<br>DEFENDANT: Lowell S. Sharron, et al. | **CHANGES MADE BY COURT** |
| ☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING **(NOT FOR PUBLICATION)**<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING | CASE NUMBER:<br>2:13-bk-26021-RK<br>Chapter 11<br>Adv. No. 2:15-ap-01122-RK<br>Date: July 14, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 1675 |

1. a. The application of plaintiff *(name)*: Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc. Bankruptcy Liquidating Trust
   for  ☒ a right to attach order and order for issuance of writ of attachment
        ☐ an order for issuance of additional writ of attachment
   against the property of defendant *(name)*: Beyond Basics LLC dba Daily Threads
   came on for hearing as follows:
   (1) Judge *(name)*: Honorable Robert N. Kwan
   (2) Hearing date: July 14, 2016   Time: 1:30 p.m.   ☐ Dept.:   ☐ Div.:   ☒ Rm.: 1675
   b. The following persons were present at the hearing:
   (1) ☐ Plaintiff *(name)*:                            (3) ☒ Plaintiff's attorney *(name)*: Brian L. Davidoff
   (2) ☐ Defendant *(name)*:                           (4) ☒ Defendant's attorney *(name)*: Lloyd Mann

**FINDINGS**

2. THE COURT FINDS
   a. Defendant *(specify name)*: Beyond Basics LLC dba Daily Threads is a  ☐ natural person  ☐ partnership
      ☐ unincorporated association  ☐ corporation  ☒ other *(specify)*: a California limited liability company
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. ☐ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. ☐ The following property of defendant, described in plaintiffs application
      (1) ☐ is exempt from attachment *(specify)*:

      (2) ☐ is not exempt from attachment *(specify)*:

   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) ☐ is exempt from attachment *(specify)*:

      (2) ☐ is not exempt from attachment *(specify)*:
   i. ☒ An undertaking in the amount of: $10,000.00       is required before a writ shall issue, and plaintiff
        ☐ has  ☒ has not  filed an undertaking in that amount.
   j. A Right to Attach Order was issued on *(date)*:                                              pursuant to
      ☒ Code of Civil Procedure section 484.090 (on hearing)  ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ other *(specify)*:

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER**<br>**FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01<br>www.courtinfo.ca.gov |

C:\Users\sharper\Desktop\L.. Sharron Filing\RTAO re Writ of Attachment --Beyond_Basic.DOC

| SHORT TITLE: Howard Grobstein as Liquidating Trustee v. Lowell Sharron et al. | CASE NUMBER: 2:13-bk-26021-RK<br>Adv. No. 2:15-ap-01122-RK |
|---|---|

## ORDER

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of defendant *(name)*: Beyond Basics LLC dba Daily Threads
      in the amount of: $ 502,008.46, plus prejudgment interest at the rate of 10% per annum from <u>06/19/2013</u>.
   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue   ☒ a writ of attachment   ☐ an additional writ of attachment   in the amount stated in item 3a
      ☐ forthwith   ☒ upon the filing of an undertaking in the amount of: $10,000.00
      (1) ☒ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (2) ☐ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil
          Procedure section 487.010 described as follows *(specify)*:

      (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale
          of such property, described as follows *(specify)*:

      (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license
          number is *(specify)*:
   d. ☐ Defendant shall transfer to the levying officer possession of
      (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) ☐ the following property in defendant's possession *(specify)*

   **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST
   AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☒ Other *(specify)*: See additional findings and rulings in separate statement of decision.
   f. Total number of boxes checked in item 3:    4

                                               ###

Date: August 8, 2016

*[signature]*

Robert Kwan
United States Bankruptcy Judge

AT-120 [Rev. July 1, 2010]    **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR
ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**    Page 2 of 2

C:\Users\sharper\Desktop\L.. Sharron Filing\RTAO re Writ of Attachment --Beyond_Basic.DOC

American LegalNet, Inc.
www.FormsWorkFlow.com