BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
COURTNEY E. NORTON (SBN 242103)
Cnorton@Greenbergglusker.Com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiff Howard Grobstein as
Liquidating Trustee of L. Scott Apparel Inc.
Bankruptcy Liquidating Trust

**FILED & ENTERED**

**SEP 22 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum        **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>L. SCOTT APPAREL, INC.,<br><br>Debtor. | Case No. 2:13-bk-26021-RK<br><br>Chapter 11 |
| HOWARD GROBSTEIN as Liquidating Trustee of L. Scott Apparel Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LOWELL S. SHARRON, an individual; BEYOND BASICS, LLC dba DAILY THREADS, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Adv. No. 2:15-ap-01122-RK<br><br>**POST-TRIAL SCHEDULING ORDER**<br><br>**Trial**<br><br>**Date:** August 18, 19 and 25, 2016<br>**Time:** 9:00 a.m.<br>**Dept.:** 1675<br>**Judge:** Hon. Robert N. Kwan |

///

///

32936-00003/2685517.1    POST-TRIAL SCHEDULING ORDER

A trial was held in this matter on August 18, 19 and 25, 2016, and the Court having determined after the close of evidence that there is a need for scheduling certain post-trial matters,

IT IS HEREBY ORDERED:

1. A post-trial status conference (the "Status Conference") will be held on November 1, 2016 at 3:00 p.m. The parties are permitted to appear telephonically at the Status Conference.
2. The parties are not required to file a status report in advance of the Status Conference.
3. Plaintiff's proposed findings of fact and conclusions of law (the "FOF and COL") shall be filed and lodged with the Court and served on the Defendant no later than October 17, 2016.
4. Defendant shall have until November 7, 2016 to object to Plaintiff's FOF and COL, to file and lodge alternative proposed FOF and COL, and to serve such on Plaintiff.
5. Plaintiff shall have until November 28, 2016 to submit any objections to Defendant's FOF and COL and to serve such on Defendant.
6. At the status conference, the Court shall consider whether to set a further hearing regarding the FOF and COL and whether to hear closing arguments of the parties.

### # # #

Date: September 22, 2016

_____
Robert Kwan
United States Bankruptcy Judge

2    POST-TRIAL SCHEDULING ORDER

32936-00003/2685517.1