| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Howard Grobstein as Liquidating Trustee of L. Scott Apparel Inc. | 2:13-bk-26021-RK/2:15-ap-01122-RK |
| DEFENDANT | TYPE OF PROCESS |
| Lowell S. Sharron et al | WoA |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| → | Los Angeles County Recorder |
| AT | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
|  | 12400 Imprial Highway, Norwalk, CA 90651 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Brian L. Davidoff
Greenberg Glusker Fields Claman + Machtinger
1900 Avenue of the Stars Suite LLP 2100
LA, CA 90067

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please Record as to Subject property as to Defendant Service to be performed by Registered Process Server

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 310-553-3610 | DATE 11/28/16 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 11-30-16 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | FILED DEC 19 2016 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|---|
| Address *(complete only if different than shown above)* | | | Date of Service / Time / am / pm |
| | | | Signature of U.S. Marshal or Deputy |

| Service Fee 65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 65 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
65 — will be subject letter

Recorded on 12/1/16

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

**ORIGINAL**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | (For Court use only) |
|---|---|---|
| Brian L. Davidoff (SBN 102654)<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4590<br>Attorney for: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc. | 310-553-3610 | |

NAME OF COURT: United States Bankruptcy Court, Central District of California
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.

DEFENDANT: Lowell S. Sharron, et al.

# PROOF OF RECORDING
RE: LOWELL S. SHARRON as to 1075 Ravoli Drive, Pacific Palisades, CA 90272

COURT CASE NUMBER
2:13-bk-26021-RK/2:15-ap-01122-RK

LEVYING OFFICE FILE NUMBER

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and recorded the following documents: Notice of Attachment; Writ of Attachment; Right to Attach Order.*

Place Recorded:   LOS ANGELES COUNTY RECORDER

Instrument Number:   20161513910

Address:   12400 Imperial Highway
Norwalk, California 90651

Date Recorded: 12/1/2016          Time: 12:30 p.m.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 12/2/2016, at Los Angeles, California.

LEON MOORE C/O
**FIRST LEGAL SUPPORT**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

**Registered Los Angeles County – 2014-187955**

_____
LEON MOORE

PROOF OF RECORDING

**This page is part of your document - DO NOT DISCARD**

## 20161513910



Pages:
0013



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/01/16 AT 12:30PM**

| | |
|---|---:|
| FEES: | 51.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 51.00 |



**LEADSHEET**



201612013350013

00013042638



007983143

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**



**ORIGINAL**

**RECORDING REQUESTED BY**
Howard Grobstein as Liquidating Trustee of L. Scott Apparel

**WHEN RECORDED MAIL TO**
BRIAN L. DAVIDOFF (SBN 102654)

**NAME**
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER

**MAILING**
1900 AVENUE OF THE STARS SUITE 2100

**CITY, STATE** LOS ANGELES, CA

**ZIP CODE** 90067-3601



12/01/2016

*20161513910*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

## NOTICE OF ATTACHMENT

**AT-165**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
After recording return to:
Brian L. Davidoff (SBN 102654)
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590
TELEPHONE NO.: (310) 553-3610
FAX NO. *(Optional)*: (310) 201-2328
E-MAIL ADDRESS *(Optional)*: bdavidoff@greenbergglusker.com
ATTORNEY FOR *(Name)*: Plaintiff Howard Grobstein as Liquidating Trustee

UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 255 E. Temple Street – Royal Federal Building
MAILING ADDRESS: 255 E. Temple Street – Royal Federal Building
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.

DEFENDANT: Lowell S. Sharron, et al.

**NOTICE OF ATTACHMENT**
[This form is used in connection with levy under a writ of attachment.]

FOR RECORDER'S USE ONLY

CASE NUMBER: 2:13-BK-26021-RK
Chapter 11/ Adv. No. 2:15-ap-01122-RK

LEVYING OFFICER *(Name and Address)*:
U.S. Marshal
350 W. 1st Street, #3001
Los Angeles, CA 90012

FOR COURT USE ONLY

TO THE PERSON NOTIFIED *(name)*: **LOWELL S. SHARRON**

1. Plaintiff in this action seeks to attach property in which defendant has an interest. The property to be attached is
   a. ☒ *(describe property)*: Legal description attached hereto as Exhibit "A" and incorporated by reference.

   b. ☒ described in the *Writ of Attachment* and *Order for Issuance of Writ of Attachment*, attached hereto *and* incorporated by reference. See attachment Exhibit "B"

2. You are notified as
   a. ☒ a defendant.
   b. ☐ a person other than defendant *(state capacity in which person is being notified)*:

*(Read Information for Defendant or Information for Person Other than Defendant on reverse.)*

3. A notice was filed with the
   a. ☐ Secretary of State,
   b. ☐ Department of Motor Vehicles,
   c. ☐ Department of Housing and Community Development.

4. Notice of Attachment was
   a. ☐ mailed on *(date)*:
   b. ☐ delivered on *(date)*:
   c. ☐ posted on *(date)*:
   d. ☐ filed on *(date)*:
   e. ☒ recorded on *(date)*: 12/1/16

LEON MOORE
REG. L.A. COUNTY - 2014-187955

Signed by: ▶ *[signature]*

☐ Levying officer    ☒ Registered process server

Form Approved for Optional Use
Judicial Council of California
AT-165 [Rev. January 1, 2003]
32936-00002/2701365.1

**NOTICE OF ATTACHMENT**
(Attachment)

American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 2
Code of Civil Procedure,
§§ 482.030, 488.060

— INFORMATION FOR DEFENDANT —

1. The levying officer may be required to take custody of property described in item 1 in your possession or under your control. You have a right to be represented by an attorney in this lawsuit.

2. You may claim any available exemption for your property. An exemption for real property may be claimed any time before the entry of judgment. If the right to attach order or writ of attachment was issued without a noticed hearing and you wish to claim an exemption for personal property, you must do so within 30 days after the levying officer serves you with the Notice of Attachment describing the property. If you do not claim an exemption, you may lose it and the property is subject to attachment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

3. Plaintiff has filed an undertaking. You have the right to object to the undertaking and may apply for an order to substitute an undertaking for your property which has been or is subject to being attached.

4. You have a duty to release tangible personal property to the levying officer. You have the rights and duties specified in Code of Civil Procedure section 488.395 if your farm products or inventory of a going business have been or are subject to attachment.

5. If the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.

6. You may apply for a release of the attachment to the extent that the value of your interest in the property exceeds the amount necessary to satisfy the attachment.

7. You may apply to the court for an order modifying or vacating any temporary protective order in the interests of justice or for an order terminating the same upon filing an undertaking.

8. If the writ of attachment has been issued against you because you are a nonresident, you may have the right to attach order set aside by filing a general appearance.

9. If the writ of attachment was issued on an ex parte application, you may apply for an order that the right to attach order be set aside, the writ quashed, and any property levied upon pursuant to the writ be released.

10. If you recover judgment against plaintiff, you may apply for a release of all property attached by plaintiff under the Writ of Attachment. If judgment is recovered against you and you appeal, you have the right to obtain the release of your property by filing a sufficient undertaking.

11. You may object to the amount sought to be secured by the attachment.

12. You may recover damages for wrongful attachment.

— INFORMATION FOR PERSON OTHER THAN DEFENDANT —

1. If the property attached or sought to be attached is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the plaintiff's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the attachment lien. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to Code of Civil Procedure sections 720.010-720.800.

4. If you have an interest in the property attached or sought to be attached and the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.

5. **Make checks payable to the levying officer.**

AT-185 [Rev. January 1, 2003]

**NOTICE OF ATTACHMENT**
(Attachment)

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

32936-00002/2701386.1

**EXHIBIT 'A'**

3

Lot 9 of Tract No. 13129, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 273, Pages 26 to 28 inclusive of Maps, in the office of the County Recorder of said county.

APN: 4425-009-009




# EXHIBIT "B"

Case 2:15-ap-01122-RK    Doc 156    Filed 12/19/16    Entered 12/20/16 15:23:15    Desc
Main Document    Page 8 of 15

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Greenberg Glusker Fields Claman & Machtinger, LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067
Attn: Brian L. Davidoff, Esq.

# WRIT OF ATTACHMENT
# AFTER HEARING

APN: 4425-009-009

32936-00002/2684224.1



# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on  09/15/2016  the attached reproduction(s), containing __2__ pages, is a full, true and correct copy of the complete document entitled: __WRIT OF ATTACHMENT__

Case #: __2:15-AP-01122-RK__  Doc #: __125__

which includes: ☐ Exhibits  ☐ Attachments

on file in my office and in my legal custody at the marked location:

☒ 255 E. Temple Street, Suite 940
Los Angeles, CA  90012

☐ 3420 Twelfth Street, Suite 125
Riverside, CA  92501-3819

☐ 411 West 4th Street, Suite 2074
Santa Ana, CA  92701-4593

☐ 1415 State Street
Santa Barbara, CA  93101-2511

☐ 21041 Burbank Boulevard
Woodland Hills, CA  91367

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Brian L. Davidoff (SBN 102654)<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4590<br>TELEPHONE NO.: 310.553.3610<br>E-MAIL ADDRESS (Optional): bdavidoff@greenbergglusker.com    FAX NO. (Optional): 310.553.0687<br>ATTORNEY FOR (Name): Howard Grobstein as Liquidating Trustee of L. Scott Apparel | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**
- STREET ADDRESS: 255 E. Temple St. - Roybal Federal Building
- MAILING ADDRESS: 255 E. Temple St. - Roybal Federal Building
- CITY AND ZIP CODE: Los Angeles, CA 90012
- BRANCH NAME: Central District

PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.

DEFENDANT: Lowell S. Sharron, et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>☒ AFTER HEARING    ☐ EX PARTE | CASE NUMBER:<br>2:13-bk-26021-RK<br>Chapter 11<br>Adv. No. 2:15-ap-01122-RK |

1. ☒ TO THE UNITED STATES MARSHAL FOR THE BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

2. ☒ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☒ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   LOWELL S. SHARRON, 1075 Ravoli Drive, Pacific Palisades, CA 90272

   and the attachment is to secure: $112,194.53, plus prejudgment interest at the rate of 10% per annum from 06/19/2013

5. Name and address of plaintiff:
   Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc. Bankruptcy Liquidating Trust,
   c/o Grobstein Teeple LLP, 6300 Canoga Avenue, Suite 1130W, Woodland Hills, CA 91367

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:

   ☒ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
   ☐ crops described in item 5 _____ are growing
   ☐ timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: 9-8-16    Clerk, by _KATHLEEN J. CAMPBELL_ /s/, Deputy

Page 1 of 1

CV-4D (10/11)
(AT-135 Rev. January 1, 2003)

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

32936-00002/2679360.1

## ATTACHMENT "A"

## WRIT OF ATTACHMENT AFTER HEARING (LOWELL S. SHARRON)

(1) Interests in real property except leasehold estates with unexpired terms of less than one year, including the real property located at 1075 Ravoli Dr., Pacific Palisades, CA 90272;

(2) Accounts receivable, chattel paper, and general intangibles arising out of the conduct by defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150);

(3) Equipment;

(4) Final money judgments arising out of the conduct by the defendant of a trade, business or profession;

(5) Money on the premises where a trade, business, or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, but, if the defendant has more than one deposit account or has at least one deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by the defendant, the court, upon application of the plaintiff, may order that the writ of attachment be levied so that an aggregate amount of one thousand dollars ($1,000) in the form of such money and in such accounts remains free of levy;

(6) Negotiable documents of title;

(7) Instruments, including but not limited to stock, membership or ownership interest in any entity; and

(8) Securities, including but not limited to stock, membership or ownership interest in any entity.

32936-00002/2679363.1

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Greenberg Glusker Fields Claman & Machtinger, LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA  90067
Attn:  Brian L. Davidoff, Esq.

# RIGHT OF ATTACHMENT ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING

APN:  4425-009-009

AT-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Brian L. Davidoff (SBN 102654) /<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067-4590<br>TELEPHONE NO.: 310.553.3610    FAX NO. *(Optional)*: 310.553.0687<br>E-MAIL ADDRESS *(Optional)*: bdavidoff@ggfirm.com / lwerderitch@ggfirm.com<br>ATTORNEY FOR *(Name)*: Howard Grobstein as Liquidating Trustee of L. Scott Apparel | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 E. Temple St. - Roybal Federal Building<br>MAILING ADDRESS: 255 E. Temple St. - Roybal Federal Building<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Los Angeles Division | **FILED & ENTERED**<br><br>**AUG 08 2016**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell DEPUTY CLERK |
| PLAINTIFF: Howard Grobstein as Liquidating Trustee of L. Scott Apparel, Inc.<br>DEFENDANT: Lowell S. Sharron, et al. | **CHANGES MADE BY COURT** |
| ☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING **(NOT FOR PUBLICATION)**<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING | CASE NUMBER:<br>2:13-bk-26021-RK<br>Chapter 11<br>Adv. No. 2:15-ap-01122-RK<br>Date: July 14, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 1675 |

1. a. The application of plaintiff *(name)*: Howard Grobstein as Liquidating Trustee of the L. Scott Apparel, Inc. Bankruptcy Liquidating Trust
    for  ☒ a right to attach order and order for issuance of writ of attachment
         ☐ an order for issuance of additional writ of attachment
    against the property of defendant *(name)*: Lowell S. Sharron
    came on for hearing as follows:
    (1) Judge *(name)*: Honorable Robert N. Kwan
    (2) Hearing date: July 14, 2016        Time: 1:30 p.m.    ☐ Dept.:    ☐ Div.:    ☒ Rm.: 1675
   b. The following persons were present at the hearing:
    (1) ☐ Plaintiff *(name)*:                            (3) ☒ Plaintiff's attorney *(name)*: Brian L. Davidoff
    (2) ☐ Defendant *(name)*:                        (4) ☒ Defendant's attorney *(name)*: Lloyd Mann

**FINDINGS**

2. THE COURT FINDS
   a. Defendant *(specify name)*: Lowell S. Sharron        is a  ☒ natural person    ☐ partnership
      ☐ unincorporated association    ☐ corporation    ☐ other *(specify)*:
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. ☐ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. ☐ The following property of defendant, described in plaintiffs application
      (1) ☐ is exempt from attachment *(specify)*:

      (2) ☐ is not exempt from attachment *(specify)*:

   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
      (1) ☐ is exempt from attachment *(specify)*:

      (2) ☐ is not exempt from attachment *(specify)*:
   i. ☒ An undertaking in the amount of: $10,000.00        is required before a writ shall issue, and plaintiff
      ☐ has    ☒ has not    filed an undertaking in that amount.
   j. A Right to Attach Order was issued on *(date)*:                                                        pursuant to
      ☒ Code of Civil Procedure section 484.090 (on hearing)    ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ other *(specify)*:

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER<br>FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01<br>www.courtinfo.ca.gov |

32936-00002/2648181.1

| SHORT TITLE: Howard Grobstein as Liquidating Trustee v. Lowell Sharron et al. | CASE NUMBER: 2:13-bk-26021-RK Adv. No. 2:15-ap-01122-RK |
|---|---|

## ORDER

3. THE COURT ORDERS

   a. Plaintiff has a right to attach property of defendant *(name):* Lowell S. Sharron
      in the amount of: $112,194.53, plus prejudgment interest at the rate of 10% per annum from 06/19/2013.
   b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue ☒ a writ of attachment ☐ an additional writ of attachment in the amount stated in item 3a
     ☐ forthwith ☒ upon the filing of an undertaking in the amount of: $ 10,000.00
     (1) ☐ for any property of a defendant who is **not** a natural person for which a method of levy is provided.
     (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify):*
       (1) Interests in real property except leasehold estates with unexpired terms of less than one year, including the real property located at 1075 Ravoli Dr., Pacific Palisades, CA 90272;
       (2) Accounts receivable, chattel paper, and general intangibles arising out of the conduct by defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150);
       (3) Equipment;
       (4) Final money judgments arising out of the conduct by the defendant of a trade, business or profession;
       (5) Money on the premises where a trade, business, or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, but, if the defendant has more than one deposit account or has at least one deposit account and money located elsewhere than on the premises where a trade, business, or profession is conducted by the defendant, the court, upon application of the plaintiff, may order that the writ of attachment be levied so that an aggregate amount of one thousand dollars ($1,000) in the form of such money and in such accounts remains free of levy;
       (6) Negotiable documents of title;
       (7) Instruments, including but not limited to stock, membership or ownership interest in any entity; and
       (8) Securities, including but not limited to stock, membership or ownership interest in any entity.
     (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify):*
     (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify):*
   d. ☐ Defendant shall transfer to the levying officer possession of
     (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;
     (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
     (3) ☐ the following property in defendant's possession *(specify)*

**NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. ☒ Other *(specify):* See additional findings and rulings in separate statement of decision.
   f. Total number of boxes checked in item 3:    4

Date: August 8, 2016

Robert Kwan
United States Bankruptcy Judge

AT-120 [Rev. July 1, 2010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

Page 2 of 2

32936-00002/2648181.1

